UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-60623-UU

In the Matter of the Complaint
of FISHBOLO TM, LLC,
As Owner of the Vessel Intoxication III,
Official Number 660659
For Exoneration from or Limitation of Liability,

    Petitioner.
_____

v.

GEICO MARINE INS. CO., A/S/O
SOUTHERN GIRL,

    Respondent/Claimant,
_____

v.

GEICO MARINE INS. CO, A/S/O
REEL BANDIT,

    Respondent/Claimant,
_____

v.

STARR INDEMNITY & LIABILITY
CO., A/S/O HENRY RED TORROMEO,

    Respondent/Claimant,
_____

v.

STARR INDEMNITY & LIABILITY CO.,
A/S/O BIG GAME CHARTERS, INC.,

    Respondent/Claimant.
_____/

## ORDER ON MOTION FOR TELEPHONIC APPEARANCE

    THIS CAUSE is before the Court upon Respondents'/Claimants' Motion to Appear by Telephone, D.E. 23.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Respondents/Claimants, Starr Indemnity & Liability Company, a/s/o Henry Red Torromeo ("HRT") and Star Indemnity & Liability Company, a/s/o Big Game Charters, Inc. ("BCG"), move for leave to appear by telephone at the Initial Planning and Scheduling Conference set for May 13, 2016, at 10:30 a.m. As grounds for their Motion, HRT and BCG state that their counsel has mediation on May 13, 2016 at 1:30 p.m. in Duval County, Florida, which was scheduled prior to this Court's Order Setting Initial Planning and Scheduling Conference. D.E. 23. Given the circumstances, the Court will grant HRT's and BCG's Motion. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 23, is GRANTED. Respondents/Claimants, HRT and BCG, are permitted to appear by telephone at the May 13, 2016 Initial Planning and Scheduling Conference.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of May, 2016.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record